February 13, 1981.

433 A.2d 100

Commonwealth v. Boyer, Appellant.

Submitted September 11, 1980. Alan B. Ziegler, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The judgment of sentence of the lower court is hereby affirmed.

433 A.2d 101

Commonwealth v. Carter, Appellant.

Argued April 14, 1980. Vincent R. Baginski, for appellant; Victor H. Pribarric, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.